UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 3:10-CR-00029 JD |
| | ) | |
| LAWRENCE C. DAVIS, JR. | ) | |

ORDER

No objections have been filed to the magistrate judge's findings and recommendation [DE 30] upon a plea of guilty issued on June 17, 2010. Accordingly, the court now ADOPTS those findings and recommendation, ACCEPTS defendant Lawrence C. Davis, Jr.'s plea of guilty, and FINDS the defendant guilty of Count 1 of the Indictment, in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2).

SO ORDERED.

ENTERED:   July 13, 2010

/s/ JON E. DEGUILIO
Judge
United States District Court